UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHY JEAN T.,<br><br>                              Plaintiff,<br><br>v.<br><br>ANDREW M. SAUL, Commissioner of Social Security,<br><br>                              Defendant. | Case No.:  20cv1090-KSC<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>**[Doc. No. 2.]** |

On June 15, 2020, plaintiff Kathy Jean T. commenced an action against Andrew M. Saul, the Commissioner of Social Security, seeking review of a final adverse decision of the Commissioner. [Doc. No. 1.]  Plaintiff also filed an Application to Proceed with her Complaint *in forma pauperis*. [Doc. No. 2.]

A court may authorize the commencement of a suit without prepayment of fees if the plaintiff submits an affidavit, including a statement of all his or her assets, showing that he or she is unable to pay the filing fee.  *See* 28 U.S.C. § 1915(a).  The affidavit must "state the facts as to [the] affiant's poverty with some particularity, definiteness and certainty." *United States v. McQuade*, 647 F.2d 938, 940 (9th Cir.1981) (internal quotations omitted).

/ / /

A party need not be completely destitute to proceed *in forma pauperis*. *Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 339–340 (1948). An affidavit is adequate if it shows that the applicant cannot pay the fee "and still be able to provide himself [or herself] and dependents with the necessities of life." *Id.* (internal quotations omitted).

Here, plaintiff's application states that she is not employed, and her only income is $197.00 in food stamps. [Doc. No. 2, pp. 1-2.] Her only asset is a 2007 Dodge Charger automobile. [*Id.*, pp. 2-3.] Her monthly expenses include $197.00 for food and $65.00 in vehicle expenses. [*Id.*, pp. 4-5.] Therefore, the Court finds that plaintiff has sufficiently shown she lacks the financial resources to pay her filing fee. Accordingly,

IT IS HEREBY ORDERED THAT plaintiff's Application to Proceed with his Complaint in forma pauperis is GRANTED. [Doc. No. 2.]

Dated: June 29, 2020

Hon. Karen S. Crawford
United States Magistrate Judge